Estimate ID: 1427
Estimate Version: 0
Preliminary
Profile ID: Mitchell

# NYPD FLEET SERVICES DIVISION

Damage Assessed By: Carmelo Martinez

Type of Loss: Property Damage
ACC DATE 3/7/2009
Deductible: UNKNOWN
FSD# ACC# 49
VEHICLE# 1427

VEHICLE 1427
Claimant: PPBQS
Owner: NYPD

Mitchell Service: 910026

Description: 2008 Ford Crown Victoria Police
Body Style: 4D Sed 114" WB
VIN: 2FAHP71V78X139854
Mileage: 3,837
Options: CRUISE CONTROL

Drive Train: 4.6L Inj 8 Cyl 4A RWD

| Line Item | Entry Number | Labor Type | Operation | Line Item Description | Part Type/ Part Number | Dollar Amount | Labor Units |
|---|---|---|---|---|---|---|---|
| | | | | REAR DOOR | | | |
| 1 | 001203 | BDY | REPAIR | R REAR DOOR SHELL | Existing | | 4.0" |
| 2 | | REF | REFINISH | R REAR DOOR OUTSIDE | | | C 2.3 |
| | | | | MANUAL ENTRIES | | | |
| 3 | 900500 | BDY * | REMOVE/REPLACE | REPLACE 1 DECAL | New | 35.00 * | 0.1* |
| | | | | REAR DOOR | | | |
| 4 | 000979 | GLS | REMOVE/REPLACE | R REAR DOOR STATIONARY VENT GLASS | F4MY 5426870 A | 721.33 | 1.2 # |
| | | | | ADDITIONAL OPERATIONS | | | |
| 5 | | REF | ADD'L OPR | CLEAR COAT | | | 0.9 |
| | | | | ADDITIONAL COSTS & MATERIALS | | | |
| 6 | | | ADD'L COST | PAINT/MATERIALS | | 30.24 * | |
| 7 | | | ADD'L COST | SHOP MATERIALS | | 18.00 * | |
| 8 | | | ADD'L COST | HAZARDOUS WASTE DISPOSAL | | 7.20 * | |

* - Judgment Item
# - Labor Note Applies
C - Included in Clear Coat Calc

emarks
511277

ESTIMATE RECALL NUMBER: 03/13/2009 07:50:37 1427
Mitchell Data Version: APR_09_A
UltraMate Version: 8.7.021

UltraMate is a Trademark of Mitchell International
Copyright (C) 1994 - 2009 Mitchell International
All Rights Reserved

Estimate ID: **1427**
Estimate Version: **0**
Preliminary
Profile ID: **Mitchell**

## Estimate Totals

| I. Labor Subtotals | Units | Rate | Add'l Labor Amount | Sublet Amount | Totals | | II. Part Replacement Summary | Amount |
|---|---|---|---|---|---|---|---|---|
| Body | 4.1 | 45.00 | 0.00 | 0.00 | 184.50 | T | Taxable Parts | 756.33 |
| Refinish | 3.2 | 45.00 | 0.00 | 0.00 | 144.00 | T | | |
| Glass | 1.2 | 0.00 | 0.00 | 0.00 | 0.00 | T | Total Replacement Parts Amount | 756.33 |
| Taxable Labor | | | | | 328.50 | | | |
| Labor Summary | 8.5 | | | | 328.50 | | | |

| III. Additional Costs | Amount | IV. Adjustments | Amount |
|---|---|---|---|
| Taxable Costs | 55.44 | Customer Responsibility | 0.00 |
| Total Additional Costs | 55.44 | | |

| | | Amount |
|---|---|---|
| I. | Total Labor: | 328.50 |
| II. | Total Replacement Parts: | 756.33 |
| III. | Total Additional Costs: | 55.44 |
| | Gross Total: | 1,140.27 |
| IV. | Total Adjustments: | 0.00 |
| | Net Total: | 1,140.27 |

**This is a preliminary estimate.
Additional changes to the estimate may be required for the actual repair.**

ESTIMATE RECALL NUMBER: 03/13/2009 07:50:37  1427
Mitchell Data Version: APR_09_A
UltraMate Version: 6.7.021
UltraMate is a Trademark of Mitchell International
Copyright (C) 1994 - 2009 Mitchell International
All Rights Reserved
Page 2 of 2

Date: 5/21/2009 11:15 AM
Profile ID: Mitchell

## ESTIMATE PROFILE REPORT
### Prepared for:

### Labor Rates

| Body | Refinish | Glass | Frame | Mechanical | Bdy-S |
|------|----------|-------|-------|------------|-------|
| 45.00 | 45.00 | 0.00 | 45.00 | 45.00 | 45.00 |

### Material Calculations

| Material Type | Table Name | Percentage Multiplier | Max Amount Allowed | 1st Hourly Rate | 2nd Hourly Rate | Hours at Rate 1 |
|---|---|---|---|---|---|---|
| Paint | | 21.00 | 9,999.99 | 0.00 | 0.00 | 99.9 |
| Shop | N/A | 10.00 | 9,999.99 | 0.00 | N/A | N/A |
| Haz Waste | | 6.00 | 9,999.99 | 0.00 | N/A | N/A |

Paint/Material Calculation Method: Percent Multiplier

### Refinish Labor Calculations

| Refinish Type | First Panel Percentage | Second Panel Percentage | Maximum Hours Allowed |
|---|---|---|---|
| Clearcoat | 40.00 | 20.00 | 999.9 |
| Three Stage | 70.00 | 40.00 | 999.9 |
| Two Tone | 50.00 | 30.00 | 999.9 |

Clearcoat Cap Hours: 2.50
Finish, Sand, and Buff Cap: 999.9
Finish, Sand, and Buff Pct: 30.00 %
Refinish Auto Multiplier: 100.00 %

### Adjustments

| New | LKQ/Used | Recored | Rechromed | Remanufactured | Sublet | Aftermarket New | Glass | Use Cost-Plus Markups |
|---|---|---|---|---|---|---|---|---|
| 0.00 % | 0.00 % | 0.00 % | 0.00 % | 0.00 % | 0.00 % | 0.00 % | 0.00 % | N |

### Tax Rates

| Tax Type | Tax Rate 1 | Tax Threshold 1 | Tax Rate 2 | Tax Threshold 2 |
|---|---|---|---|---|
| Parts | 0.000 % | N/A | N/A | N/A |
| Labor | 0.000 % | N/A | N/A | N/A |

| Taxable Part Status | | | Taxable Labor Status | | | Taxable Costs Status | | | Taxable Costs Status | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| New | : | Yes | Refinish | : | Yes | Shipping | : | Yes | Lubricants | : | Yes |
| LKQ/Used | : | Yes | Glass | : | Yes | Freon & Oil | : | Yes | Rust Coating | : | Yes |
| Recored | : | Yes | Frame | : | Yes | Towing | : | Yes | Shop Materials | : | Yes |
| Rechromed | : | Yes | Mechanical | : | Yes | Storage | : | Yes | Detail/Cleanup | : | Yes |
| Remanufactured | : | Yes | Body | : | Yes | Coolant | : | Yes | Paint Materials | : | Yes |
| Sublet | : | Yes | Bdy-S | : | Yes | Estimate Charge | : | Yes | Hazardous Waste | : | Yes |
| Aftermarket New | : | Yes | | | | Spec'l Paint Mat | : | Yes | | | |

### Valuation

NADA Book: Eastern         Type: Retail         ACV Threshold: 0.00 %

UltraMate is a Trademark of Mitchell International
Copyright (C) 1994 - 2009 Mitchell International
All Rights Reserved

Page 1 of 1

TOTAL P.03